# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMI POMERANC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, *et al.*,<br><br>　　　　Defendants. | Civil Action No.: 13-cv-3916<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiff's motion seeking to remand this case to state court. (D.I. 3). On September 12, 2013, Magistrate Judge Mark Falk issued a Report and Recommendation that the motion be denied. (D.I. 5). Plaintiff does not object. The Court has considered the submissions of the parties and Judge Falk's Report and Recommendation. For substantially the same reasons stated in Judge Falk's Report and Recommendation,

IT IS on this 10th day of February, 2014

**ORDERED** that this Court adopts Judge Falk's September 12, 2013 Report and Recommendation and denies Plaintiff's motion to remand.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CLAIRE C. CECCHI, U.S.D.J.**